**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DAVE PONDER, )<br>)<br>        Plaintiffs, )<br>)<br>    v. )<br>)<br>)<br>)<br>CAPITAL ONE BANK (USA) N.A., )<br>)<br>        Defendant. )<br>) | Case No.: 1:18-cv-00209-HAB-SLC |

## NOTICE OF SETTLEMENT

Plaintiff DAVE PONDER notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 1st day of May 2019.

> By: */s/ Alyson Dykes*
> Alyson Dykes
> The Law Offices of Jeffrey Lohman, P.C.
> 4740 Green River Road, Suite 310
> Corona, CA  92880
> T: (657) 500-4317
> F: (657) 227-0270
> E: AlysonD@jolohman.com
> Attorney for Plaintiff, DAVE PONDER

- 1 -

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2019 I filed Plaintiff DAVE PONDER's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Erin L Hoffman
Faegre Baker Daniels LLP - Min/MN
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402
612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@FaegreBD.com
ATTORNEY TO BE NOTICED

Kevin J Mitchell
Faegre Baker Daniels LLP - FW/IN
110 W Berry St Ste 2400
Fort Wayne, IN 46802
260-424-8000
Fax: 260-460-1700
Email: kevin.mitchell@faegrebd.com
ATTORNEY TO BE NOTICED

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, DAVE PONDER

- 2 -

NOTICE OF SETTLEMENT