UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVE PONDER,<br>          Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>          Defendant. | Case No.: 1:18-cv-00209-HAB-SLC<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Dave Ponder ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/Erin L. Hoffman (with permission)*
Erin L Hoffman
Faegre Baker Daniels LLP - Min/MN
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402
Tel: 612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@FaegreBD.com
*COUNSEL FOR DEFENDANT*

*/s/ Andrew K. Homan*
Andrew K Homan
Homan Legal
244 N College Ave
Indianapolis, IN 46202
Tel: 317-409-9025
Fax: 317-639-3318
Email: andrew@homanlegal.com
*COUNSEL FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVE PONDER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAPITAL ONE BANK(USA), N.A.,<br>　　　　Defendants. | Case No: 1:18-cv-00209-HAB-SLC<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Dave Ponder ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge Holly A. Brady

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Erin L Hoffman
Faegre Baker Daniels LLP - Min/MN
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402
Tel: 612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@FaegreBD.com
*COUNSEL FOR DEFENDANT*

Kevin J Mitchell
Faegre Baker Daniels LLP - FW/IN
110 W Berry St Ste 2400
Fort Wayne, IN 46802
Tel: 260-424-8000
Fax: 260-460-1700
Email: kevin.mitchell@faegrebd.com
*COUNSEL FOR DEFENDANT*

*/s/ Andrew K. Homan*
Andrew K Homan
Homan Legal
244 N College Ave
Indianapolis, IN 46202
Tel: 317-409-9025
Fax: 317-639-3318
Email: andrew@homanlegal.com
*COUNSEL FOR PLAINTIFF*